**Entered on Docket**
**April 02, 2010**

_____
**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**
_____

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Bank of America National Association as Successor by Merger to LaSalle Bank National Association, as Trustee under the Trust Agreement for the Structured Asset Investment Loan Trust Series 2004-BNC1
10-70362

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | Bk Case No.: 10-10190-bam |
|---|---|
| Ronald Everrett Sliter and Mary Carol Sliter | Date: 3/23/2010<br>Time: 1:30 pm |
|  | Chapter 7 |
| Debtors. |  |

### ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor Bank of America National Association as Successor by Merger to LaSalle Bank National Association, as Trustee under the Trust Agreement for the Structured Asset Investment Loan Trust Series 2004-BNC1, its assignees and/or successors in interest, of the subject property, generally described as 556 Mountain Links Dr., Henderson, AZ 85012, and legally described as follows:

> LOT SEVENTY-NINE (79) IN BLOCK TWO (2) OF FINAL MAP OF DEL WEBB COMMUNITIES- UNIT 6 AT MACDONALD RANCH, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 91 OF PLATS, PAGE 54 IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

Submitted by:

**WILDE & ASSOCIATES**

By: /s/ K. Adcott #10235
**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor

**APPROVED / DISAPPROVED**

By:_____
Erik C. Severino
Attorney for Debtor(s)

**APPROVED / DISAPPROVED**

By:_____
William A. Leonard
Chapter 7 Trustee

1  In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
2  \_\_\_\_\_ The court waived the requirements of LR 9021.
   \_\_\_\_\_ No parties appeared or filed written objections, and there is no trustee appointed in the case.
3  \_\_\_\_\_ No parties appeared or filed written objections, and the trustee is the movant.
   \_x\_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a
4  copy of this proposed order to all counsel who appeared at the hearing, and any trustee
   appointed in this case, any unrepresented parties who appeared at the hearing, and each has
5  approved or disapproved the order, or failed to respond, as indicated below:

6
   Debtor's counsel:
7  \_\_\_\_\_ approved the form of this order          \_\_\_\_\_ disapproved the form of this order
   \_\_\_\_\_ waived the right to review the order and/or   \_x\_ failed to respond to the document
8  \_\_\_\_\_ appeared at the hearing, waived the right to review the order
9  \_\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order
   Trustee:
10 \_\_\_\_\_ approved the form of this order          \_\_\_\_\_ disapproved the form of this order
   \_\_\_\_\_ waived the right to review the order and/or   \_x\_ failed to respond to the document
11

12
   \_\_\_\_\_ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all
13 counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented
   parties who appeared at the hearing, and each has approved or disapproved the order, or failed to
14 respond, as indicated below.

15
   Debtor's counsel:
16 \_\_\_\_\_ approved the form of this order          \_\_\_\_\_ disapproved the form of this order
   \_\_\_\_\_ waived the right to review the order and/or   \_\_\_\_\_ failed to respond to the document
17 \_\_\_\_\_ appeared at the hearing, waived the right to review the order
18 \_\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

19 Trustee:
   \_\_\_\_\_ approved the form of this order          \_\_\_\_\_ disapproved the form of this order
20 \_\_\_\_\_ waived the right to review the order and/or   \_\_\_\_\_ failed to respond to the document
21

22 \_\_\_\_\_ I certify that I have served a copy of this order with the motion, and no parties appeared or filed
   written objection.
23

24 Submitted by:
   /s/ Gregory L. Wilde, Esq.
25 Gregory L. Wilde, Esq.
   Attorney for Secured Creditor
26